UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAJUAN KEY,<br><br>                Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>                Defendants. | Case No.  1:26-cv-04236-FJS (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 30 DAYS<br><br>THIRTY (30) DAY DEADLINE |

Plaintiff Dajuan Key ("Plaintiff") is a federal prisoner proceeding *pro se* in this civil rights action pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 1346(b), and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). Plaintiff did not pay the $405.00 filing fee or submit an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within <u>thirty (30) days</u> of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $405.00 filing fee for this action. <u>No requests for extension will be granted without a showing of good cause.</u>  <u>Failure to comply with this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated:    **June 8, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2