**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DAJUAN KEY,

Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

Case No. 1:26-cv-04236 JLT FJS

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE

(Doc. 5)

Dajuan Key initiated this action by filing a complaint on June 1, 2026. (Doc. 1.) Because Plaintiff did not pay the filing fee, the Court ordered him to file an application to proceed *in forma pauperis* or pay the filing fee in full. (Doc. 3.) After the U.S. Postal Service returned the mail as undeliverable and Plaintiff did not file a notice of change of address, the magistrate judge found Plaintiff failed to prosecute this case and recommended dismissal. (Doc. 5.)

The Court served the Findings and Recommendations on Plaintiff at the known address and notified him that any objections were due within 14 days. (Doc. 5 at 3.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Upon receiving mail from Plaintiff at a different address in Case No. 1:26-cv-4396, the Clerk of Court re-served the Findings and Recommendations on August 20, 2026. To date, Plaintiff has not filed objections, or otherwise communicated with the Court in this action since its inception.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated August 3, 2026 (Doc. 5) are **ADOPTED**.
2. The action is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 14, 2026

UNITED STATES DISTRICT JUDGE